FILED
APR 10 2009

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

**ANDREA E. SCOTT,**
  **Plaintiff,**

CV 08 - 6061 - KI

v.                                  **ORDER**

**MICHAEL ASTRUE,**
**Commissioner of Social Security,**
  **Defendant.**

---

Based upon the stipulation of the parties, it is hereby **ORDERED** that attorney fees in the amount of $6,572.81, and costs in the amount of $378.31, for a total of $6,951.12, are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 and 28 U.S.C. § 1920, payable directly to Plaintiff's Attorney, Richard F. McGinty. There are no expenses to be paid herein.

DATED this 10th day of April 2009.

_____
UNITED STATES DISTRICT JUDGE

presented by:
Richard F. McGinty, OSB # 86071
Attorney for Plaintiff